UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
In re                                                     )
                                                              )   Chapter 11
MALDEN MILLS INDUSTRIES, INC.,   )   Case No. 07-40124-JBR
                                                              )
         Debtor.                                      )
_____)

## **NOTICE OF APPEAL**

General Electric Capital Corporation hereby appeals from the Orders entered on January 22, 2007 granting the Motions of the Malden Mills Creditor Trust (1) to vacate the Court's Order of December 28, 2006 granting the "Assented-to Motion of Reorganized Debtors for Entry of Final Decree Closing All Cases," and (2) to reopen the above-captioned bankruptcy cases under 11 U.S.C. 350, and (3) to transfer venue of the recently filed Delaware bankruptcy cases (#07-10048 through 07-10052) to Massachusetts under Fed. R. Bankr. P. 1014.

Dated: January 22, 2007                    Respectfully submitted,

                                                            GENERAL ELECTRIC CAPITAL
                                                            CORPORATION

                                                            /s/ Michael J. Pappone
                                                            Michael J. Pappone (BBO No. 388900)
                                                            Richard A. Oetheimer (BBO No. 377665)
                                                            GOODWIN PROCTER LLP
                                                            Exchange Place
                                                            Boston, MA 02109
                                                            (617) 570-1000
                                                            (617) 523-1231 (fax)
                                                            MPappone@goodwinprocter.com
                                                            ROetheimer@goodwinprocter.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
In re                                               )
                                                    )   Chapter 11
MALDEN MILLS INDUSTRIES, INC.,                      )   Case No. 07-40124-JBR
                                                    )
        Debtor.                                     )
_____)

**CERTIFICATE OF SERVICE**

      I, Michael J. Pappone, hereby certify that on January 22, 2007, I caused a copy of the Notice of Appeal to be served by first-class U.S. mail, postage prepaid or via ECF on the following:

Laura Davis Jones
Michael Seidl
Pachulski Stang Ziehl Young Jones and We
919 North Market Street, 17th Floor
Wilmington, DE 19899

Philip F. Coppinger
Kevin C. McGee
J. Robert Seder
Seder & Chandler
Burnside Building
339 Main Street
Worcester, MA 01608

*Attorneys for Malden Mills Industries, Inc.*

John J. Monaghan
Holland & Knight
10 St. James Avenue
Boston, MA 02166

*Attorneys for Caterpillar Financial Services Corporation and Solar Turbines, Inc.*

Jennifer L. Hertz
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Richard T. King
Office of the US Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Michael J. Fencer
Jager Smith, PC
One Financial Center
Boston, MA 02111

*Attorneys for Official Comm. Of Unsecured Creditors*

Jeffrey G. Tougas
Mayer, Brown, Rowe and Maw LLP
1675 Broadway
New York, NY 10019

*Attorneys for LaSalle Bank, N.A.*

Shelley B. Kroll
Mary T. Sullivan
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

*Attorneys for Local 311 of the New England Joint Board, UNITE HERE*

*Attorneys for Chrysalis Capital Partners, LP and Firetip MMI, LLC and Firetip MMI II, LLC*

Herbert Weinberg
Rosenberg & Weinberg
805 Turnpike St, Suite 201
North Andover, MA 01845

*Attorneys for the City of Methuen*

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899

*Attorneys for The Malden Mills Creditor Trust*

Malden Mills Industries, Inc., Debtor
46 Stafford Street
Lawrence, MA 01842

Harald Busshardt
c/o Schultze & Braun GMBH
Rechtsanwaltsgesellschaft
Wirtschaftsprufungsgesellschaft
Eisenbahnstr. 19-23
77855 Achern, Germany

Caterpillar Financial Services Corp.
c/o Tom Glesige, Sr. Vice President
2120 West End Avenue, 11th Floor
Nashville, TN 37203

Unifi Manufacturing, Inc.
c/o Charles F. McCoy, Vice President
7201 W. Friendly Avenue
Greensboro, NC 27410

National Grid
c/o Michael Larson, Senior Analyst
55 Bearfoot Drive
Northborough, MA 01532

Outside Magazine/Mariah Media, Inc

Morris, Nichols, Arsht and Tunnell LLP
1201 North Market St.
PO Box 1347
Wilmington, DE 19899

*Attorneys for Gordon Brothers Group, LLC and its Affiliates*

Caterpillar, Inc.
c/o Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

Unifi Textured Polyester, LLC
PO Box 404617
Atlanta, GA 30384

National Grid
Processing Center
Woburn, MA 01807

Advanced Computer Services, Inc.
PO Box 1553
Westford, MA 01886
Attn: Dean Koravos

Solar Turbines, Inc.
PO Box 200580
Houston, TX 77216

Avery Dennison Ris
12525 Collections Center
Chicago, IL 60693

Grant Thornton, LLP
33960 Treasury Center
Chicago, IL 60694

BASF corporation
PO Box 360941
Pittsburgh, PA 15251

Consoltex, Inc.
Lockbox M2168U Case Pstl 11550
Succursale Centre Villa
Montreal Quebec Canada

c/o Debora Willford, Credit Manager
400 Market Street
Santa Fe, NM 87501

United Parcel Service, SCS
c/o Steven Sass, Esq.
307 International Parkway
Hunt Valley, MD 21030

Rechtsanwalt Harald Bubhardt
Ebersbach Gewerbering 8
02828 Gorlitz, Germany

Aaron Feuerstein
300 Kent Street
Brookline, MA 02466

City of Methuen
41 Pleasant Street
Methuen, MA 01844

Exeltor Corp.
PO Box 65105
Charlotte, NC 28265

UPS Supply Solutions
PO Box 1996
Scranton, PA 18501

Blue Fox Ned Graphics, Inc.
104 West 40th Street, 12th Floor
New York, NY 10018

Groz-Beckert USA Inc.
PO Box 60674
Charlotte, NC 28260

Backbone Media
65 North 4 Street, Suite One
Carbondale, CO 81623
Attn: Accounts Receivable

RodaleAccounting Department
33 East Minor Street
Emmaus, PA 18098

H3C 5N7

The Crosby Group
2 North Main Street
Ipswich, MA 01938

AV Sportswear, Inc.
20 Wheeler Street, Suite 302
Lynn, MA 01902

MDP Realty Associates, LLC
9 Old Derry Road
Hudson, NH 03051
Attn: Accounts Receivable

Spona Mfg. Company, Inc.
PO box 75243
Charlotte, NC 28275
Attn: Gene Simpson

Boehme Filatex, Inc.
PO Box 601366
Charlotte, NC 28060
Attn: Accounts Receivable

Alliance Airport Advertising
8945 West Russell Road, #150
Las Vegas, NV 89148

Adco 131448 Canada, Inc.
5400 Armand Frappier
St. Hubert Quebec Canada
J3Z1G5

Internal Revenue Service
PO Box 9112 - Stop 20800
JFK Federal Building Boston, MA 0220

Mass Department Of Revenue
Bankruptcy Unit PO Box 9564
Boston, MA 02114

/s/ Michael J. Pappone

LIBA/1758247.1
LIBA/1759439.1